# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1209
Lower Tribunal No. F20-11530
_____

**Steven Dieguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Steven Dieguez, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and LOBREE, JJ.

PER CURIAM.

Steven Dieguez appeals the court's postconviction order denying his

motion to correct jail credit filed under Florida Rule of Criminal Procedure 3.801. However, Dieguez was released from custody on October 17, 2022. Because Dieguez has completed his sentence and been released, the jail credit issue is moot. See Boggs v. State, 166 So. 3d 899, 900 (Fla. 2d DCA 2015); Toomer v. State, 895 So. 2d 1256, 1256–57 (Fla. 1st DCA 2005). Accordingly, we dismiss this appeal.

Dismissed.